# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00647-CV

Edward A. Rzasa and Elisabeth D. Rzasa, Appellants

v.

Windermere Homeowners Association, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-05-003244, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The trial court signed its final judgment on July 24, 2008. Appellants filed their notice of appeal in the trial court on October 3, 2008; a copy of the notice of appeal was filed in this Court on October 23. On December 11, 2008, we were informed by the trial court clerk that appellants had not paid or made arrangements to pay for the clerk's record. On December 15, 2008, we sent appellants notice that payment for the clerk's record was overdue and that the record would therefore not be timely filed. We asked appellants to make arrangements to pay for the record and submit a status report to this Court regarding the appeal no later than December 29, 2008, warning them that failure to do so could result in the dismissal of their appeal. To date, appellants have not responded in any way to our notice and the record has not been filed. We therefore dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed for Want of Prosecution

Filed:  February 11, 2009